```
                 UNITED STATES BANKRUPTCY COURT
                           FOR THE
                WESTERN DISTRICT OF NORTH CAROLINA
                       CHARLOTTE DIVISON
                          CHAPTER 13
                           19-31714
```

In re:
                                    )
    JOHNNY RONA MCPHAIL              )   CERTIFICATE OF SERVICE
        SSN XXX-XX-0766              )
                                    )

    This is to Certify that the Undersigned has this date served the Motion to Continue Automatic Stay and Notice of Opportunity for Hearing upon the following

    Mr. Warren Tadlock, Trustee
    Chapter 13 Standing Trustee
    Served electronically

    19-31714|Charlotte Division|401 West Trade Street|Charlotte, NC 28202-1633||||
    19-31714|Atrium Health |PO Box 71108|Charlotte, NC 28272-1108| |||
    19-31714|Capital One Bank USA, NA |PO Box 30281|Salt Lake City, UT 84130-0281| |||
    19-31714|Care Credit/Syncb |PO Box 965036|Orlando, FL 32896-5036| |||
    19-31714|Carolinas Healthcare |PO Box 71108|Charlotte, NC 28272-1108| |||
    19-31714|CARTER YOUNG INC|882 N MAIN STREET|SUITE 120|CONYERS GA 30012-4442|||preferred
    19-31714|City-County Tax Collector |PO Box 31637|Charlotte, NC 28231-1637| |||
    19-31714|Client Services Inc. |3451 Harry S. Truman Blvd.|St. Charles, MO63301-9816| |||
    19-31714|HH Gregg/Syncb |PO Box 965036|Orlando, FL 32896-5036| |||
    19-31714|Hutchens Law Firm |PO Box 1028|Fayetteville, NC 28302-1028| |||
    19-31714|Internal Revenue Service |P.O. Box 7317|Philadelphia, PA 19101-7317| |||
    19-31714|Internal Revenue Service |PO Box 7346|Philadelphia, PA 19101-7346| |||

```
19-31714|Internal Revenue Service |PO Box 7346|Philadelphia, PA  19101-7346| |||duplicate
19-31714|KaY Jewelers |375 Ghent Rd.|Fairlawn, OH 44333-4600| |||
19-31714|Law Office of Chris Karrensteen |10590 Independence PT. Parkway|ste. 200|Matthews, NC 28105-4176| ||
19-31714|McCarthy Burgess & Wolff |2600 Cannon Rd.|Cleveland, OH 44146| |||
19-31714|Mr. Johnny Mc Phail |10821 Slaltom Hill Rd.|Charlotte, NC 28278-7315| |||
19-31714|NC Department of Revenue |PO Box 1168|Raleigh, NC 27602-1168| |||
19-31714|North Carolina Department of Revenue |Bankruptcy Unit|P.O. Box 1168|Raleigh, NC 27602-1168| ||
19-31714|PNC Bank Mortgage Svc. |PO Box 8703|Dayton, OH 45401-8703| |||
19-31714|PNC Bank, National Association |3232 Newmark Drive|Miamiburg, OH 45342-5421| |||
19-31714|Quantum3 Group LLC as agent for Credit Corp |PO Box 788|Kirkland, WA 98083-0788| |||
19-31714|Quantum3 Group LLC as agent for Sandi Fundi |PO Box 788|Kirkland, WA 98083-0788| |||
19-31714|Receivables Performance |20816 44th Ave.|W. Lynwood, WA 98036| |||
19-31714|SC Department of Employment & Workforce |1550 Gadsden Street|PO Box 8597|Columbia, SC 29202-8597| ||
19-31714|SC Department of Employment and Workforce |PO Box 8597|Columbia, SC 29202-8597| |||
19-31714|Springleaf |PO Box 4193|Rock Hill, SC  29732-6193| |||
19-31714|Stowe Creek HOA |c/o Cedar Mgmt. Group|PO Box 26844|Charlotte, NC  28221-6844| ||
19-31714|Synchrony Bank |c/o PRA Receivables Management, LLC|POB 41021|Norfolk, VA 23541-1021| ||
19-31714|Time Warner |PO Box 70872|Charlotte, NC 28272-0872| |||
19-31714|U.S. Attorney's Office |227 W. Trade St., Suite 1700|Charlotte, NC 28202-3218| |||
19-31714|US Acute Care Solution |EMP of Mecklenburg County|PO Box 14000|Belfast, ME 04915-4033| ||
19-31714|USAA Savings Bank |10750 McDermott Freeway|San Antonio, TX  78288-1600| |||
19-31714|Wellington Square Apartments |Carter-Young, INC|882 N Main ST|STe 120|Conyers, GA  30012-4442| |
19-31714|Wells Fargo Bank N.A., dba Wells Fargo Deale|PO Box 19657|Irvine, CA 92623-9657| |||
```

```
19-31714|Wells Fargo Dealer Services |PO Box
1697|Winterville, NC 28590-1697| |||
19-31714|Westgate Resort Blue Tr. Orlando Ltd. |5601
Windover Dr.|Orlando, FL 32819-7936| |||
19-31714|Barbara L. White |1101 South Boulevard|Suite
201|Charlotte, NC 28203-4266|||
19-31714|Johnny Rona McPhail |10821 Slalom Hill
Rd.|Charlotte, NC 28278-7315||||
19-31714|Warren L. Tadlock |5970 Fairview Road, Suite
650|Charlotte, NC 28210-2100||||
```

This the 19th day of December, 2019.

                                        /s/ BLWhite
                                        _____
                                        Barbara L. White
                                        Attorney for the Debtor
                                        1101 South Blvd.
                                        Suite 201
                                        Charlotte, NC  28203
                                        (704) 375-9411
                                        State Bar No. 10105

```
             UNITED STATES BANKRUPTCY COURT
                       FOR THE
            WESTERN DISTRICT OF NORTH CAROLINA
                   CHARLOTTE DIVISON
                      CHAPTER 13
                       19-31714
```

In re:
```
                                )
   JOHNNY RONA MCPHAIL           )   MOTION TO CONTINUE
   SSN XXX-XX-0766               )   AUTOMATIC STAY
                                 )
                                 )
```

    COMES NOW THE PETITIONER, to Move the Court for an Order allowing the automatic stay to be continued through this case, pursuant to 11 U.S.C. 362(c)(3)(B). In support of this motion, the Petitioner shows the Court the following:

    The Petitioner has received a pay increase which will add to his ability make payments.

    The Petitioner is no longer responsible for paying child support. Therefore his financial situation has improved,

    Wherefore, the Petitioner prays that the Court grant relief, and allow the automatic stay to continue throughout the tern of this Chapter 13 Plan.

    The attorney for the Petitioner requests a non-base fee of $385.00 for services performed in conjunction with this Motion.

    This the 19th day of December, 2019.

```
                              /s/ BLWhite
                         _____
                         Barbara L. White
                         Attorney for the Debtor
                         1101 South Blvd.
                         Suite 201
                         Charlotte, NC  28203
                         (704) 375-9411
                         State Bar No. 10105
```

**Local Form 1**                                                                                                          **March 2013**

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 19-31714 |
| | ) | Chapter: 13 |
| | ) | |
| JOHNNY RONA MCPHAIL | ) | |
| | ) | **NOTICE OF** |
| | ) | **OPPORTUNITY FOR HEARING** |
| Xxx0766 | ) | (No Protest Notice:  No |
| | ) | Hearing Will Be Held Unless |
| | ) | Request For Hearing Is Filed) |
| | ) | |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

    **TAKE NOTICE** that Johnny Rona McPhail has filed papers with the Court to continue the automatic stay for the term of this case.  A copy of these paper(s) is included with this Notice or copied on the reverse side of this Notice.

    **Your rights may be affected**.  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

    If you do not want the Court to order that the Automatic Stay be continued, or if you want the Court to consider your views on the Motion,  then on or before fourteen days from the date of this Notice, you or your attorney must do three things:

1. **File with the Court a written response <u>requesting that the Court hold a hearing</u> and explaining your position.  File the response at:**

    U.S. Bankruptcy Court
    401 West Trade Street
    Charlotte, NC  28202

If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

2. **On or before the date stated above for written responses, you must also mail or fax a copy of your written request to:**

                                           **Barbara L. White**
                                           Attorney for the Debtor
                                           1101 South Blvd.
                                           Suite 201
                                           Charlotte, NC  28203
                                           (704) 375-9411
                                           State Bar No. 10105
                                           Facsimile no. (704) 375-5040

3. **Attend the hearing scheduled for January 14, 2020, at 11:00 a.m.,** in Courtroom 1-5, United States Bankruptcy Court, 401 West Trade Street, Charlotte, NC  28202.

If you or your attorney do not take these steps, **A HEARING WILL NOT BE HELD,** and the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:   12/19/2019        .                    /s/ BLWhite _____.

**Barbara L. White**
Attorney for the Debtor
1101 South Blvd.
Suite 201
Charlotte, NC  28203
(704) 375-9411
State Bar No. 10105
Facsimile no. (704) 375-5040